FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 28 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

Harris 16-00000828
(Last Name) (Identification Number)

Anthony Jermaine
(First Name) (Middle Name)

Hinds County Detention Center
(Institution)

1450 ~~County~~ County farm Rd. Raymond, Ms. 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:17cv515-DPJ-FKB
(to be completed by the Court)

Hinds County Board of Supervisors, Hinds County, Hinds County Sheriff: Victor Mason Warden Mary Rushing, Deputy Sheriff: Phil, Other John and Jane Does et al. ·Mitchell Larry, Deputy Sheriff: Bryant, Deputy Sheriff; Master Sergeant: Williams, Smith, Deputy sheriff

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Anthony Jermaine Harris ~~Prisoner~~ Jacket Number: 16-00000828

Address: 1450 County Farm Road, Raymond, Ms. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Hinds County Board of Supervisors is employed as Hinds County Supervisors at City of Raymond/Hinds County Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Anthony Jermaine Harris ADDRESS: 1450 County Farm Road Raymond, Ms. 39154

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Hinds County Board of Supervisors | Po Box 686 Jackson, Ms. 39205 |
| ~~Hinds County~~, Hinds County Sheriff: Victor Mason | 407 E. Pascagoula St Jackson, Ms. 39201 |
| Warden Mary Rushing | 1450 County Farm Road Raymond, Ms. 39154 |
| Deputy Sheriff: Phil | 1450 County Farm Road Raymond, Ms. 39154 |

# PARTIES

DEFENDANTS:

Deputy Sheriff: Baldwin - 1450 County Farm Road, Raymond, Ms. 39154

Deputy Sheriff: Larry Mitchell - 1450 County Farm Road, Raymond, Ms. 39154

Deputy Sheriff: Smith - 1450 County Farm Road, Raymond, Ms 39154

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:____________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________

4. Name of judge to whom case was assigned:____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________

CASE NUMBER 2.

1. Parties to the action:____________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________

4. Name of judge to whom case was assigned:____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

1. On the 20th day of Feburary, 2016, I was booked into the Hinds County Detention Center from being arrested, while inside the holding Cell in the booking area, I was subject to barbaric conditions, the Flooring, the ~~toilets~~ toilet/Sink ~~area~~ was unclean, it smelled like Urine, and from the way it looked, the toilet had build-up on and within it, also, I was in that holding cell for Seven (7) whole days, I had to sleep on the floor without a mattress for the entire period I was in the holding Cell in the booking area.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Declaration

Preliminary and permanent injunction

Compensatory damages

Punitive damages

Signed this 3rd day of June, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Anthony Harris
Signature of plaintiff

# CONTINUED STATEMENT OF CLAIM

2. On the 27th day of Feburary, 2016, I was transfered to Unit B-1 Cell # 5158, the Cell had no light to read, Write, study or as the case may be; the cell was filthy as it was noticable in the daytime and a broom or Mop & Mop bucket was never provided with Cleaning supplies

3. Also, in Unit B-1, black mold was present within ~~the~~ a few of the Cells in the Unit, the top of the Showers in Unit B-1 are Covered in black Mold, also, the Ventilation Covers ~~and~~ are Covered ~~in~~ With dirt, and there is no fresh air Circulating throughout the unit.

4. Furthermore, Since Feburary 20th, 2016, I have not received a yard Call (outdoors recreation), to get sun-light, exercise or to even get fresh air

5. Referring back to paragraph 2-3, upon being transferred to unit B-1, I was never issued a mattress of any Kind to adequately get a good~~s~~ nights rest

6. On March 12th, 2016, I was transfered to to unit A-3 and the Same ~~to~~ barbaric Conditions of Confinement were present, black mold present, no Ventilation because of Clogged Vents, and still no outdoors recreation, although I did have lighting inside my newly assigned Cell, and I did finally, received a mattress

7. On or about the 22nd day of March, 2017, I was Subject to the excessive use of force by Four (4) Deputies

of the Hinds County Sheriff's Department, Two (2) more deputies, witnessed these four (4) deputies assault me, it is hard to retain the full names of these deputies, so, this is all I have of their names as I explain the assault & battery

8. Deputy Sheriff: Baldwin, Larry Mitchell, and Smith all slapped me multiple times, they all took turns slapping me, Deputy Sheriff: Phil placed his hands to my throat and he Choked me, all done without need or provocation

9. Deputy Sheriff: Bryant, Master Sergeant Williams, and other John and Jane Does, witnessed the Conduct, yet they all failed to intervene to Curb the Unprovoked Conduct

10. There is a Known pattern of retaliation ~~for~~ for lawsuits filed against any Officer and/or Staff within the Hinds County Detention Center and the Hinds County Sheriff's Department, if you are an inmate and remain an inmate at the Hinds County Detention Center in Raymond, Mississippi

11. I have filed a grievance to the supervisory staff within said establishment, and I have yet to get a response, I will do follow-ups as soon as possible.

## LEGAL CLAIMS

12. Plaintiff reallege and incorporate by reference paragraphs 1-11.

13. Defendants Board of Supervisors, Mason. and rushing, are the Supervisory Staff and they maintain the Overall procedures

of the Hinds County Detention Center, and the barbaric Conditions of Confinement described herein above poses a severe health issue in the future, with staff Causing and Continue to Cause plaintiff to be subject to Said Conditions Creates an atmosphere of deliberate indifference to ones health and/or Safety; Constitutes a Fifth (5TH), EIGHTH (8TH), and FOURTEENTH (14TH) Amendment of the (due process Clause), to the United States Constitution.

14. Defendants Baldwin, Mitchell, and Smith used excessive force against Plaintiff Harris by Slapping him in the face repeatedly without need or provocation in any way. Defendants actions Violated and continues to violate Plaintiff ~~Hariss's~~ Harris's rights under the FIFTH (5TH), EIGHTH (8TH) and Fourteenth (14TH) Amendments of the (due process Clause) to the United States Constitution, Causing plaintiff pain, Suffering, physical and emotional injuries

15. Defendants Bryant, Williams, and other John and Jane Does, by Witnessing the misconduct and failing to correct that misconduct, of defendants Baldwin, Phillip Mitchell, and Smith Creates an atmosphere of deliberate indifference, and Constitues a Fourth (4TH), FIFTH (5TH), EIGHTH (8TH), and Fourteenth (14TH) Amendments of the (due process Clause) to the United States Constitution.

16. Plaintiff Harris has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will Continue to be irreparably injured by the Conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully pray that this court enter Judgment:

17. Granting plaintiff Harris a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

18. A preliminary and permanent injunction ordering defendants Baldwin, Mitchell, Smith, Bryant, Williams, Phil and other John and Jane Does to Cease their physical ~~violate~~ violence and threats toward plaintiff Harris, and to immediately release plaintiff from Custody and rescind his Charges.

19. Granting plaintiff Harris Compensatory damages in the amount of $10,000 each, against defendants, Board of Supervisors, Mason, and Rushing, jointly and severally.

20. Granting plaintiff Harris Compensatory damages in the amount of $ 50,000 each, against defendants Baldwin, Mitchell and Smith & Phil Jointly and Severally

21. Granting plaintiff Harris Compensatory damages in the amount of $ 10,000 each, against defendants Bryant, Williams, and other John and Jane Does, jointly and Severally

22. Plaintiff seeks punitive damages in the amount of $ 15,000 against each defendant jointly and severally.

23. Plaintiff also seek a jury trial on all issues triable by jury

24. Plaintiff also seek recovery of his costs in this suit, and

25. Any additional relief this court deems just, proper, and equitable.

Dated: June 3, 2017

Respectfully submitted,
Anthony J. Harris
1450 County Farm Road
RAYMOND, MISSISSIPPI 39154

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, I certify under penalty of pejury that the foregoing is true and correct.

Executed at Raymond, Mississippi on June 3, 2017

s/ Anthony Harris
Anthony J. Harris